

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>*Nestor Real*<br><br>           Defendant. | Case No.: *CR08-688-DMG*<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

      Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    (  )   other: _____

1        and/ or

2  B. (X)    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the

4            safety of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            (X)    information in the Pretrial Services Report and Recommendation

7            (X)    information in the violation petition and report(s)

8            (X)    the defendant's nonobjection to detention at this time

9            ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  August 25, 2016            _____

15                                          SHERI PYM
                                      United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28